IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL DAVID WENNERSTEN,

    Plaintiff,

v.

CAROLYN COLVIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-783-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered denying plaintiff Michael David Wennersten's motion for summary judgment and affirming the decision of the Commissioner of Social Security.

_____       9/11/13
Peter Oppeneer, Clerk of Court                        Date