# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

---

**MICHAEL DAVID WENNERSTEN,**

       **Plaintiff,**

**vs.**                                                      **Case No.: 12-cv-783**

**CAROLYN COLVIN,**
       **Commissioner of Social Security,**

       **Defendant.**

---

## NOTICE OF APPEAL

---

    ***Notice is hereby given*** that Michael Wennersten, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated September 10, 2013 and the judgment dated September 11, 2013 by Federal District Judge Barbara Crabb which affirmed the decision of the Defendant, Carolyn Colvin, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

    Dated this 8th day of November, 2013.

                         **DUNCAN DISABILITY LAW, S.C.**
                         Attorneys for the Plaintiff

                         /s/ Dana W. Duncan
                         _____
                         Dana W. Duncan
                         State Bar I.D. No. 01008917
                         3930 8th Street South, Suite 201
                         Wisconsin Rapids, WI 54494
                         (715) 423-4000